SALLY BOESCH *v.* HARTFORD NATIONAL BANK AND
TRUST COMPANY ET AL.

The defendants' petition for certification for appeal from the judicial district of Hartford-New Britain at Hartford is granted by the court.

*Douglas L. Drayton,* in support of the petition.

*Edward R. Smoragiewicz,* in opposition.

Submitted September 21—decided October 3, 1978

BRONISLAW DUDEK ET AL. *v.* WILLIAM H. BURTNESS
ET AL.

The plaintiffs' petition for certification for appeal from the judicial district of Hartford-New Britain at Hartford is denied by the court.

*Leslie Szilagyi,* in support of the petition.

Submitted September 24—decided October 3, 1978

NORMAN S. DRUBNER ET AL. *v.* ZONING COMMISSION
OF THE TOWN OF WOODBURY ET AL.
(Nos. 31085 9, 32905 3)

The named plaintiff's petitions for certification for appeal from the judicial district of Waterbury are denied by the court.

*Robert H. Hall,* in support of the petitions.

*W. Fielding Secor* and *Frederick L. Comley,* in opposition.

Submitted September 24—decided October 3, 1978